In the Matter of the Construction of the Will of WALTER L. McGUIRE, Deceased. MICHAEL X. McGUIRE et al., Appellants; PAUL PETRIE et al., Respondents.

Submitted May 24, 1954; decided July 14, 1954.

*Charles G. Coster* and *George Rosling* for motions.

*Elmer L. Fingar, Charles P. Kramer* and *Herbert B. Kramer* for Paul Petrie and others, respondents, in opposition to motion for leave to appeal.

810

*John E. Connelly, Jr., John L. O'Donnell* and *William F. Sondericker* for Agnes C. Petrie and others, respondents, in opposition to motion for leave to appeal.

*Isidore Scheinberg,* special guardian, for Thomas A. Petrie and others, infants, respondents, in opposition to motion for leave to appeal.

Motion for leave to appeal denied, with $10 costs and necessary printing disbursements.

Motion for order of substitution granted.